1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT
8           FOR THE EASTERN DISTRICT OF CALIFORNIA
9
LIBERTY LIFE ASSURANCE
10 COMPANY OF BOSTON,
11                                NO. CIV. S-08-501 LKK/KJM
           Plaintiff,
12
       v.
13                                O R D E R
EMMA BEECHAM, HOWARD H.
14 THOMAS, AND B.J.T. AND
B.L.T., BOTH MINORS UNDER
15 THE AGE OF 18, BY AND
THROUGH HOWARD H. THOMAS,
16 AS THEIR CUSTODIAL PARENT
AND NEXT FRIEND,
17
18         Defendants.
19 _____/

20    Plaintiffs have brought this action against four defendants,
21 two of whom are proceeding *pro se* and two of whom have not filed
22 responsive pleadings, although the deadline for their filing of
23 responsive pleadings has passed. Therefore, this matter is REFERRED
24 to the Magistrate Judge for all pretrial proceedings, pursuant to
25 Local Rule 72-302.
26    Henceforth, the caption on documents filed in this case shall

1

1 | be known as "2:08-cv-00501-LKK-KJM PS."
2 |     The status conference set for May 27, 2008 before Judge
3 | Karlton is VACATED.
4 |     IT IS SO ORDERED.
5 |     DATED:  May 21, 2008.

```
                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
```