IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

      Plaintiff,                      No. CIV S-08-501 LKK KJM PS

  vs.

EMMA BEECHAM, et al.,

      Defendants.            ORDER

/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Calendared for hearing on July 9, 2008 is plaintiff's motion to appoint a guardian ad litem. No opposition to the motion has been filed.[1]

        Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may

---

[1] Plaintiff submitted a letter from one of the defendants, Emma Beecham, that was mailed to plaintiff. The letter, even if construed as an opposition, was not filed with the court. There apparently has been no correspondence from defendant Thomas and no opposition has been filed by this defendant.

1

1 result in sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local
2 Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or
3 within the inherent power of the Court."
4          Good cause appearing, IT IS HEREBY ORDERED that:
5          1. The hearing date of July 9, 2008 is vacated.  Hearing on plaintiff's motion is
6 continued to August 13, 2008 at 10:00 a.m. in courtroom no. 26.
7          2. Defendants shall file with the court their opposition, if any, to the motion no
8 later than July 30, 2008.  Failure to file opposition and appear at the hearing will be deemed as a
9 statement of non-opposition.  If no opposition is filed, the court will consider the motion only on
10 the papers on file with the court.
11          3. Plaintiff shall advise the court, no later than July 30, 2008, of the birthdates of
12 the minor defendants.  See Cal. Code Civ. Proc. § 373.
13 DATED:  June 30, 2008.

_____
U.S. MAGISTRATE JUDGE

15 006
libertylife.con

2