1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LIBERTY LIFE ASSURANCE
     COMPANY OF BOSTON,

11
               Plaintiff,                    No. CIV S-08-0501 LKK KJM PS

12
          vs.

13
     EMMA BEECHAM, et al.,

14
               Defendants.                   <u>ORDER</u>

15
     _____/

16

17          On August 21, 2008, the magistrate judge filed findings and recommendations

18   herein which were served on the parties and which contained notice to the parties that any

19   objections to the findings and recommendations were to be filed within ten days.  No objections

20   to the findings and recommendations have been filed.

21          The court has reviewed the file and finds the findings and recommendations to be

22   supported by the record and by the magistrate judge's analysis.  FOR GOOD CAUSE SHOWN

23   AND PURSUANT TO THE PARTIES' STIPULATIONS, IT IS HEREBY ORDERED,

24   ADJUDGED AND DECREED as follows:

25          1. The findings and recommendations filed August 21, 2008, are adopted in full;

26   /////

1

1    2. The Clerk shall deduct from the Proceeds on deposit with the Court any

2   applicable costs and fees as required by law and/or this Court's local rules relating to the

3   management of the interpleaded funds by the Court.

4    3. The Clerk of Court shall issue a check to Defendant Thomas for FIFTY

5   PERCENT (50%) of the remaining Proceeds on deposit with the Court after the deduction of

6   costs and fees as specified above, if any, to be mailed to Thomas's address specified beneath his

7   signature on the proposed Consent Order he signed on August 20, 2008 (docket no. 26).

8    4. The Clerk of Court shall issue a check to Defendant Beecham for the

9   remainder of the Proceeds on deposit with the Court after the deduction of costs and fees, if any,

10   and the payment to Thomas as specified above, to be mailed to Beecham's address specified

11   beneath her signature on the proposed Consent Order she signed on August 20, 2008 (docket no.

12   26) .

13    5. Defendant Beecham shall hold the Proceeds distributed to her pursuant to this

14   Order in trust for the sole benefit of the Minors in equal shares.

15    6. Liberty Life, McClatchy, Decedent's direct employer – The Sacramento Bee,

16   and the McClatchy Plan are fully and finally discharged from any and all further liability as to

17   any claim of the Defendants, including the Minors, relating in any manner to the Proceeds and/or

18   the Policy, including, but not limited to, attorneys' fees and costs.

19    7. Defendants, including the Minors, are permanently enjoined from instituting or

20   prosecuting any other proceeding against Liberty Life, McClatchy, Decedent's Employer – The

21   Sacramento Bee, or the McClatchy Plan that is related in any manner to the Proceeds and/or the

22   Policy.  See 28 U.S.C. § 2283.

23   /////

24   /////

25   /////

26   /////

1        8.  The Parties shall bear their own costs and attorney's fees.

2        9.  This matter is hereby dismissed.

3  DATED: September 17, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT